GIUSEPPA MOSCHILLA, Individually and as Guardian ad Litem of GIUSEPPE

SULFARO, an Infant, Appellant, v. GIOVANNI DIQUARTO and MARIA DIQUARTO, Respondents.— Motion to extend time granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.